LINK: 8

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-01548 GAF (JCx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | Fairmont Speciality Insurance Company v. Century Surety Company, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers)

## ORDER OF REMAND

Plaintiff Fairmont Speciality Insurance Company ("Fairmont") initiated an action against Century Surety Company ("Century"), and Does 1 through 10, inclusive, in Los Angeles County Superior Court for equitable contribution, equitable subrogation, and declaratory relief.  Century removed the action to this Court on March 5, 2009, on the ground of diversity jurisdiction.  28 U.S.C. § 1332.  On March 25, 2009, the insured filed a parallel proceeding in Los Angeles County Superior Court against Century involving the same insurance coverage issues.  Fairmont moves the Court to remand this action in the interests of judicial economy and to avoid inconsistent rulings.  (Docket No. 8.)  Century does not oppose.  (Docket No. 13.)  Accordingly, the Court hereby **REMANDS** the action.  The hearing scheduled for Monday, May 11, 2009 is **VACATED**.

**IT IS SO ORDERED.**